# ATTACHMENT 1



# COMPLAINT FORM

(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

Nicolle Wilson
Robert E. Ellsworth Correctional Center
21425 A Spring Street
Union Grove, Wisconsin 53182

vs

Ms. Staehler, Captain Brick,
Ms. Giebel

Case Number:

_____

(to be supplied by clerk of court)

PARTIES

1. Plaintiff is a citizen of Wisconsin, and is located at Robert E. Ellsworth Correctional Center, 21425 A Spring Street, Union Grove, Wisconsin 53182

2. Defendant Ms. Staehler, Captain Brick, and Ms. Giebel

are citizens of Wisconsin and resides at – address unknown and worked for Robert E. Ellsworth Correctional Center, 21425 A Spring Street, Union Grove, Wisconsin 53182

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Ms. Staehler, Captain Brick and Ms. Giebel are refusing to provide me with emails that came in on my email account through Corrlinks (the prison email system) which are needed for a civil court matter that I am representing myself on.

This began all the way back on June 2, 2020, at Taycheedah Correctional Institution in Fond du Lac, Wisconsin, when I requested copies of these emails and was told that I had to contact Corrlinks to obtain the copies. Corrlinks responded back stating that they are the property of the prison and that they are to provide them to me. I also asked about getting copies made of the screens of my tablet for which I was told that it was a security risk to take my tablet to the library to have this done. I have done an open records request to get the emails and told that they are not part of open records but I had an attorney handling another matter for me and he was told that if he needed emails from my tablet he needed to file an open records request so contradicting what they told me. I also served Robert E. Ellsworth Correctional Center, where I am currently being housed, with a subpoena and was told that I cannot serve the institution with a subpoena even though I am representing myself in a civil matter that has nothing to do with the Wisconsin Department of Corrections and Wisconsin Statutes states that I can. They told me the subpoena has to come from a judge, a lawyer or the clerk of courts. These emails have evidence that is relevant to my civil case and extremely important in proving the wrongdoing of the other party. I am not sure in the next section for Jurisdiction what I would actually select because I am not familiar with this, I just know that my rights are being violated and something needs to be done about it and I have exhausted all of the avenues that I have within the Wisconsin Department of Corrections.

I do have documentation to support all of the avenues that I took trying to obtain these emails if they become necessary.

Attachment One (Complaint) – 2
Case 1:23-cv-01531-WCG    Filed 11/15/23    Page 2 of 4    Document 1

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I ~~am~~ want them to be held accountable for not following laws that they are required to following because they feel that they are above them due to being the Wisconsin Department of Corrections and that they are protected by some invisible shield because of it. Like they have their own laws and rules and don't have to abide by Wisconsin state laws. I am also asking that they be required to provide me with the emails that I have been requesting for well over two years now and have been withheld from me against my legal rights. If the Court feels that some monetary amount should be awarded, I will leave that to the Courts discretion. since their delay is keeping me from receiving a monetary judgment in a case I need the emails for.

E.  JURY DEMAND

☐ Jury Demand - I want a jury to hear my case

OR

X  Court Trial – I want a judge to hear my case

Attachment One (Complaint) – 3
Case 1:23-cv-01531-WCG   Filed 11/15/23   Page 3 of 4   Document 1

Dated this 12th day of November 20 23.

Respectfully Submitted,

*Nicolle Wilson*
Signature of Plaintiff

Nicolle Wilson #344830
Plaintiff's Prisoner ID Number


21425 A Spring Street
Union Grove, Wisconsin 53182


# REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

X    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.