# United States District Court
EASTERN DISTRICT OF WISCONSIN

NICOLLE WILSON,

        Plaintiff,

        v.

MS. STAEHLER,
CAPTAIN BRICK, and
MS. GIEBEL,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 23-C-1531

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff takes nothing and this case is DISMISSED pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1) for failure to state a claim.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: December 22, 2023

GINA M. COLLETTI
Clerk of Court

s/ Kyle W. Frederickson
(By) Deputy Clerk